**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL<br>501 Second St., NE<br>Washington D.C. 20002<br><br>SAFARI CLUB INTERNATIONAL<br>FOUNDATION<br>501 Second St., NE<br>Washington D.C. 20002<br><br>      Plaintiffs,<br><br>      v.<br><br>DIRK KEMPTHORNE, in his official<br>capacity; H. DALE HALL, in his official<br>capacity; U.S. FISH AND WILDLIFE<br>SERVICE<br>1849 C Street, NW<br>Washington D.C. 20240<br><br>      Defendants.<br>_____ | )<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**
**OF THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA OF SAFARI CLUB INTERNATIONAL**
<u>**AND SAFARI CLUB INTERNATIONAL FOUNDATION**</u>

     I, the undersigned, counsel of record for Plaintiffs Safari Club International and Safari Club International Foundation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Safari Club International and Safari Club International Foundation, which have any outstanding securities in the hands of the public:

     NONE.

These representations are made in order that judges of this court may determine the need for recusal

Dated this 23rd day of May, 2008.

                                              Respectfully submitted,

                                              __/s/ Douglas S. Burdin_____
                                              Douglas S. Burdin
                                              (D.C. Bar No. 434107)
                                              Anna M. Seidman
                                              (D.C. Bar No. 417091)
                                              Safari Club International
                                              501 2nd Street N.E.
                                              Washington, D. C.  20002
                                              Telephone: (202) 543-8733
                                              Facsimile: (202) 543-1205
                                              dburdin@safariclub.org
                                              aseidman@safariclub.org


                                              Counsel (and Attorney of Record) for
                                              Safari Club International and
                                              Safari Club International Foundation