AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Safari Club International, Safari Club
International Foundation

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, H. Dale Hall, U.S. Fish and
Wildlife Service

CASE NUMBER:   08-cv-881(EGS)

TO: (Name and address of Defendant)

Dirk Kempthorne
1849 C Street, N.W.
Washington D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas S. Burdin
Safari Club International
501 Second Street, N.E.
Washington D.C. 20002

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 6/2/08 |
| NAME OF SERVER (PRINT) Douglas S. Burdin | TITLE | Litigation Counsel |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ G  Other (specify): Certified Mail - see attached Affidavit of Mailing

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/5/08
Date

*Signature of Server*  Douglas S. Burdin

501 2nd St NE
Washington D.C. 20002
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Safari Club International, et al.
    Plaintiff(s)

Civil Action No. 08-cv-881 (EGS)

vs.

Dirk Kempthorne, et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Douglas S. Burdin, hereby state that:

On the 28th day of May, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# Dirk Kempthorne

I have received the receipt for the certified mail, No. 70993400001230476689 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 2nd day of June, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

June 5, 2008          *Douglas S. Burdin*
(Date)                   (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) M. Tyson | B. Date of Delivery 6/2/08 |
| | C. Signature X m. ly | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Dirk Kempthorne<br>1849 C Street, N.W.<br>Washington, DC 20240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number (Transfer from service label)  7099 3400 0012 3047 6689 | | |
| PS Form 3811, March 2001    Domestic Return Receipt | | 102595-01-M-1424 |