RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al., ) | Case No. 08-881 (EGS) |
| Plaintiffs, ) | |
| vs. ) | **DEFENDANTS' NOTICE OF APPEARANCE** |
| DIRK KEMPTHORNE, United States ) Secretary of the Interior, et al. ) | |
| Defendants. ) | |

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Kristen Byrnes Floom shall serve as counsel for the Defendants in the captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Floom as indicated below.

Service by U.S. Mail:

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Express deliveries (Federal Express, courier, etc.):

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Room 3916
Washington, D.C.  20004

Telephone: (202) 305-0340

Facsimile: (202) 305-0275

E-mail: Kristen.Floom@usdoj.gov


Respectfully submitted this 9th day of June, 2008.

          RONALD J. TENPAS
          Assistant Attorney General
          United States Department of Justice
          Environment & Natural Resources Division
          JEAN E. WILLIAMS, Chief
          LISA LYNNE RUSSELL, Assistant Chief

          <u>/s/ Kristen Byrnes Floom</u>
          KRISTEN BYRNES FLOOM, Trial Attorney
          DC Bar No. 469615
          United States Department of Justice
          Environment & Natural Resources Division
          Wildlife and Marine Resources Section
          Benjamin Franklin Station, P.O. Box 7369
          Washington, DC 20044-7369
          Telephone: (202) 305-0340
          Facsimile: (202) 305-0275
          Kristen.Floom@usdoj.gov

          Attorneys for Defendants