IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAFARI CLUB INTERNATIONAL, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRK KEMPTHORNE, et al.,**<br><br>Defendants,<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY,**<br>1333 N. Oracle Rd.<br>Tucson, AZ  85705<br><br>**NATURAL RESOURCES DEFENSE COUNCIL,**<br>40 West 20th Street<br>New York, NY 10011<br><br>**GREENPEACE, Inc.,**<br>75 Arkansas St.<br>San Francisco, CA 94107<br><br>Intervenor-Defendant –Applicants. | Civil Action No. 1:08-cv-00881 EGS |

**[PROPOSED] MOTION FOR KASSIA R. SIEGEL TO APPEAR <u>PRO HAC VICE</u>**

Pursuant to Local Rule 83.2(d), Benjamin Longstreth, Natural Resources Defense Council, 1200 New York Ave, NW, Suite 400, Washington DC 20005, hereby moves to have Kassia R. Siegel appear <u>pro hac vice</u> on behalf of Intervenor-Defendant-Applicant Center for Biological Diversity ("Center") in the above-captioned case.  The Declaration of Kassia R. Siegel is attached and provided in support of this motion in conformance with Local Rule 83.2(d).  The Plaintiffs and Federal Defendants have informed counsel for the Intervenor-Applicants that they take no position on this motion.

1

Benjamin Longstreth, Natural Resources Defense Council, 1200 New York Ave, NW, Suite 400, Washington DC 20005 will act as local counsel for Ms. Siegel.

Respectfully submitted this 16th day of June, 2008.

/s/ Benjamin Longstreth

Benjamin Longstreth (DC Bar # 974015)
Natural Resources Defense Council
1200 New York Ave, NW, Suite 400
Washington DC 20005
(202) 513-6256 (phone)
(202) 289-1060 (fax)
blongstreth@nrdc.org

Attorney for Intervenor- Applicants Center for Biological Diversity, Natural Resources Defense Council, and Greenpeace

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June 16, 2008, I caused to be served a true and correct copy of the following documents:

**[Proposed] Motion for Kassia R. Siegel to Appear <u>Pro Hac Vice</u>**
**Declaration of Kassia R. Siegel in Support of [Proposed] Motion for Kassia R. Siegel to Appear <u>Pro Hac Vice</u>**
**[Proposed] Order Admitting Attorney <u>Pro Hac Vice</u>**

by first-class mail on the following counsel:

Douglas Scott Burdin
Safari Club International
501 2nd Street, NE
Washington, DC 20002

Kristen Byrnes Floom
U.S. DEPARTMENT OF JUSTICE
601 D Street, NW
3rd Floor
Washington, DC 20004


    */s/ Benjamin Longstreth*
Benjamin Longstreth

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SAFARI CLUB INTERNATIONAL, et al.,** | Civil Action No. 1:08-cv-00881 EGS |
| **Plaintiffs,** | |
| vs. | |
| **DIRK KEMPTHORNE, et al.,** | |
| **Defendants,** | |
| and | |
| **CENTER FOR BIOLOGICAL DIVERSITY,**<br>1333 N. Oracle Rd.<br>Tucson, AZ 85705 | |
| **NATURAL RESOURCES DEFENSE COUNCIL,**<br>40 West 20th Street<br>New York, NY 10011 | |
| **GREENPEACE, Inc.,**<br>75 Arkansas St.<br>San Francisco, CA 94107 | |
| **Intervenor-Defendant –Applicants.** | |

**DECLARATION OF KASSIA R. SIEGEL IN SUPPORT OF [PROPOSED] MOTION TO APPEAR <u>PRO HAC VICE</u>**

I, KASSIA R. SIEGEL, hereby declare as follows:

1. My full name is Kassia R. Siegel.

2. I practice law as staff counsel for the Center for Biological Diversity, P.O. Box 549, Joshua Tree, CA, 92252. My telephone number is (760) 366-2232 and my facsimile number is (760) 366-2669.

3. I have been admitted to practice law in the Supreme Court of California, the U.S. Court of Appeals, the Ninth Circuit, the U.S. District Court for the Northern District of California, the U.S. District Court for the Southern District of California, U.S. District Court for

1

the Central District of California, and the U.S. District Court for the Eastern District of California. I have also been admitted to practice law in the Supreme Court of Alaska and the U.S. District Court for the District of Alaska.

4. I am not currently suspended or disbarred in any other court and I have never been held in contempt, or otherwise disciplined by any court for disobedience to its rule or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b),(c), or (g) or their state equivalents.

5. In the past two years, I have admitted once to practice pro hac vice before this Court.

6. I do not practice law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

7. The name, address, and telephone number of local counsel is, Benjamin Longstreth, Natural Resources Defense Council, 1200 New York Ave, NW, Suite 400, Washington DC 20005. Mr. Longstreth is a member in good standing of the Bar of this Court.

8. I have read and will comply with all applicable rules.

9. Counsel for the Federal Defendants, Kristen Floom, has informed me that the Federal Defendants take no position on the Proposed Intervenors' motoin for my appearance pro hac vice.

10. Counsel for the Plaintiffs, Doug Burdin, has informed me that the Plaintiffs do not object to the Center's Motion for my appearance pro hac vice.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 16th day of June, 2008.

*[signature]*

Kassia Siegel
CENTER FOR BIOLOGICAL IVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone:  760-366-2232
Facsimile:  760-366-2669
Email:  ksiegel@biologicaldiversity.org

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAFARI CLUB INTERNATIONAL, et al.**<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRK KEMPTHORNE, et al.,**<br><br>Defendants,<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY,**<br>1333 N. Oracle Rd.<br>Tucson, AZ 85705<br><br>**NATURAL RESOURCES DEFENSE COUNCIL,**<br>40 West 20th Street<br>New York, NY 10011<br><br>**GREENPEACE, Inc.,**<br>75 Arkansas St.<br>San Francisco, CA 94107<br><br>**Intervenor-Defendant –Applicants.** | Civil Action No. 1:08-cv-00881 EGS |

**[PROPOSED] ORDER ADMITTING ATTORNEY <u>PRO HAC VICE</u>**

IT IS HEREBY ORDERED that counsel for Intervenor-Applicants Center for Biological Diversity, Natural Resources Defense Council, and Greenpeace, Kassia R. Siegel, is admitted to practice <u>pro hac vice</u> in this case, on behalf of Intervenor-Applicants.

IT IS SO ORDERED.

Dated this ____ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE

**LOCAL RULE 7(k) LIST OF PERSONS TO BE SERVED WITH ORDER**

Please serve the following electronically:

    Benjamin Longstreth
    Natural Resources Defense Council
    1200 New York Ave., N.W. Suite 400
    Washington, D.C. 20005

    Michael Senatore
    Center for Biological Diversity
    1601 Connecticut Avenue, N.W., Suite 701
    Washington, D.C.  20009

    Douglas Scott Burdin
    Safari Club International
    501 2nd Street, NE
    Washington, DC 20002

    Kristen Byrnes Floom
    U.S. DEPARTMENT OF JUSTICE
    601 D Street, NW
    3rd Floor
    Washington, DC 20004