AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Safari Club International, Safari Club International Foundation )
    Plaintiff(s) )
) **APPEARANCE**
)
)
vs. ) CASE NUMBER 08-cv-881(EGS)
Dirk Kempthorne, et al. )
)
    Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Anna M. Seidman   as counsel in this
       (Attorney's Name)

case for:  Safari Club International, Safari Club International Foundation
      (Name of party or parties)

July 25, 2008
Date

_[signature]_
Signature

417091
BAR IDENTIFICATION

Anna M. Seidman
Print Name

501 Second St., NE
Address

Washington D.C.  20002
City      State      Zip Code

202-543-8733 (aseidman@safariclub.org)
Phone Number