IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, in his official capacity, *et al.*, <br><br> Defendants, <br><br> and <br><br> HUMAN SOCIETY OF THE UNITED STATES, *et al.*, <br><br> Defendant-Intervenors. | Civil Action No. 1:08-cv-00881-EGS |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs Safari Club International and Safari Club International Foundation ("SCI and SCIF") move to extend the date to file their response to Federal Defendants' Motion to Dismiss the Complaint, which was filed and served by ECF on September 2, 2008. SCI and SCIF's opposition currently is due September 16, 2008 (11 days plus three days added to the end for service other than by hand). SCI and SCIF respectfully request a two-week extension, until Tuesday, September 30, 2008, to file their opposition.

SCI and SCIF request this extension due to the dispositive relief sought in the Federal Defendants' motion and existing obligations of counsel for SCI and SCIF, including: a brief due

1

in the District Court for the District of Montana on September 12, 2008, attendance from September 8th through September 11th at a wildlife law conference by SCI and SCIF's chief counsel on this matter, and the Meet and Confer Report that is also due in this case on September 16, 2008.

As required by Local Rule 7(m), counsel for SCI and SCIF contacted the other parties to determine their positions. The Federal Defendants do not oppose this motion, but because of briefs and oral argument in other cases and other obligations, they ask that their reply brief be due on October 16, 2008. Defendant-Intervenors Center for Biological Diversity *et al.* and Defendant-Intervenors Humane Society of the United States *et al.* do not oppose this motion.

These short extensions for briefing this dispositive motion will not unduly delay this proceeding. A proposed order accompanies this motion as required by Local Rule 7(c).

Dated this 4th day of September, 2008

Respectfully submitted,

/s/ Douglas S. Burdin_____
Douglas S. Burdin (DC Bar No. 434107)
Anna M. Seidman (DC Bar No. 417091)
Safari Club International
501 2nd Street NE
Washington, DC 20002
Tel.:  (202) 543-8733
Fax:  (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org

*Counsel for Plaintiffs,*
*Safari Club International and*
*Safari Club International Foundation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>Defendants,<br><br>and<br><br>HUMAN SOCIETY OF THE UNITED STATES, *et al.*,<br><br>Defendant-Intervenors. | Civil Action No. 1:08-cv-00881-EGS |

**[PROPOSED] ORDER**

Upon motion of Plaintiffs, there being no opposition from Defendants and Defendant-Intervenors, and for good cause,

IT IS HEREBY ORDERED that Plaintiffs Safari Club International and Safari Club International Foundation may have until September 29, 2008, to file an opposition to the Federal Defendants' Motion to Dismiss, filed on September 2, 2008; and it is

FURTHER ORDERED, that Federal Defendants may have until October 16, 2008 to file their reply to the Plaintiffs' Opposition to the Motion to Dismiss.

DATED this ___ day of _____, 2008

_____
The Honorable Emmet G. Sullivan
United States District Judge

1